UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MEADOWVIEW VILLAGE OWNERS ASSOCIATION, a Washington non-profit corporation, <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL INSURANCE COMPANY, a New Jersey company, QBE INSURANCE CORPORATION, a Pennsylvania company <br><br> Defendants. | No. 2:25-cv-01599-RSL <br><br> STIPULATED MOTION AND ORDER FOR DISMISSAL OF ALL CLAIMS AGAINST QBE INSURANCE CORPORATION WITH PREJUDICE AND WITHOUT COSTS <br><br> **(Clerk's Action Required)** |

## I.      STIPULATED MOTION

Pursuant to their settlement agreement, Plaintiff, Meadowview Village Owners Association, and the Defendant, QBE Insurance Corporation, by and through their respective attorneys of record,  (1) stipulate and agree that all claims against Defendant QBE Insurance Corporation, Inc. are dismissed with prejudice and without costs or fees to either party, and (2) move this Court to enter an order granting same, subjoined hereto.

Plaintiff continues to litigate this action against Federal Insurance Company.

STIPULATED MOTION AND ORDER FOR
DISMISSAL OF ALL CLAIMS WITH
PREJUDICE AND WITHOUT COSTS-1

DATED: March 12, 2026                    WOOD, SMITH, HENNING & BERMAN LLP


                                         _____*/s/ Timothy D. Shea*_____
                                         Timothy D. Shea, WSBA # 39631
                                         tshea@wshblaw.com
                                         Roy E. Lambert, WSBA #58326
                                         rlambert@wshblaw.com
                                         *Attorneys for Defendant QBE.*

DATED: March 12, 2026                    HOUSER LAW, PLLC


                                         _____*/s/ Daniel S. Houser*_____
                                         Daniel S. Houser, WSBA #32327
                                         dan@dhouserlaw.com
                                         *Attorneys for Plaintiff*


DATED: March 12, 2026                    KENNEDYS LAW LLC


                                         _____*/s/ Terry A. Sutton*_____
                                         Terry A. Sutton, WSBA #44842
                                         terri.sutton@kennedyslw.com
                                         Sally Ann Clements, WSBA #54502
                                         sally.clements@kennedyslaw.com
                                         *Attorneys for Defendant Federal Ins. Co.*


## II.      ORDER

It is so ORDERED, and the claims against QBE Insurance Corporation are hereby dismissed with prejudice and without costs.

DATED this 13th day of March, 2026.


STIPULATED MOTION AND ORDER FOR          **WOOD, SMITH, HENNING & BERMAN LLP**
DISMISSAL OF ALL CLAIMS WITH             801 Kirkland Avenue, Suite 100
PREJUDICE AND WITHOUT COSTS-2            Kirkland, Washington 98033
                                         206-204-6800

_MMt S Lasnik_

HONORABLE ROBERT S. LASNIK
United States District Judge

Presented by:

WOOD, SMITH, HENNING & BERMAN LLP


By:_____*/s/ Timothy D Shea*_____
Timothy D. Shea, WSBA # 39631
tshea@wshblaw.com
Roy E. Lambert, WSBA #58326
rlambert@wshblaw.com
*Attorneys for Defendant QBE*.




HOUSER LAW, PLLC



By: ____*/s/ Daniel S. Houser*_____
Daniel S. Houser, WSBA #32327
dan@dhouserlaw.com
*Attorneys for Plaintiff*




KENNEDYS LAW LLC



By: ____*/s/ Terry A. Sutton*_____
Terry A. Sutton, WSBA #44842
terri.sutton@kennedyslw.com
Sally Ann Clements, WSBA #54502
sally.clements@kennedyslaw.com
*Attorneys for Defendant Federal*

STIPULATED MOTION AND ORDER FOR
DISMISSAL OF ALL CLAIMS WITH
PREJUDICE AND WITHOUT COSTS-3

**WOOD, SMITH, HENNING & BERMAN LLP**
801 Kirkland Avenue, Suite 100
Kirkland, Washington 98033
206-204-6800